THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TWIMAN, Appellant.

(Argued November 25, 1912; decided December 10, 1912.)

APPEAL from a judgment of the Supreme Court, rendered May 17, 1912, at a Trial Term for the county of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree,

*Howard H. Widener* for appellant.

*John W. Barrett, District Attorney (James Mann* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.